1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  LUIS A. AYON, ESQ.
   Nevada Bar No. 9752
3  **MAIER GUTIERREZ AYON**
   400 South Seventh Street, Suite 400
4  Las Vegas, Nevada 89101
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:    jag@mgalaw.com
6             laa@mgalaw.com

7  *Attorneys for Plaintiff Roderick Wise*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| RODERICK WISE, an individual, | Case No.: 2:15-cv-01219-APG-PAL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 37 DUE TO DISCOVERY ABUSES (ECF NO. 33)** |
| SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | **(First Request)** |

Plaintiff Roderick Wise, by and through his attorneys of record, the law firm MAIER GUTIERREZ AYON and defendant Southern Tier Express, by and through their attorneys of record, the law firm SCHUETZE & MCGAHA, P.C., hereby stipulate and agree that the deadline for plaintiff to file an opposition to Defendant Southern Tier Express, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 37 Due to Discovery Abuses (ECF No. 33) filed on July 7, 2016, shall be extended from July 25, 2016, to August 8, 2016.

The extension is requested to allow the parties to attend mediation currently scheduled for July 25, 2016 at 9:00 a.m.

This is the first request for extension of the opposition deadline and is not intended to cause



1

1  delay or prejudice to any party.

2  DATED this 18th day of July, 2016.                    DATED this 18th day of July, 2016.

3  **MAIER GUTIERREZ AYON**                              **SCHUETZE & MCGAHA, P.C.**

5  */s/ Joseph A. Gutierrez*                             */s/ William W. McGaha*
   JOSEPH A. GUTIERREZ, ESQ.                             WILLIAM W. MCGAHA, ESQ.
6  Nevada Bar No. 9046                                   Nevada Bar No. 3234
   LUIS A. AYON, ESQ.                                    601 S. Rancho Drive, Suite C-20
7  Nevada Bar No. 9752                                   Las Vegas, Nevada 89106
   400 South Seventh Street, Suite 400                   *Attorneys for Defendant Southern Tier*
8  Las Vegas, Nevada 89101                               *Express, Inc.*
   *Attorneys for Plaintiff Roderick Wise*

10  IT IS SO ORDERED;

12  _____
    UNITED STATES MAGISTRATE JUDGE
13  DATED: July 22, 2016



2