UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RODERICK WISE,

                            Plaintiff,

   v.

SOUTHERN TIER EXPRESS, INC.

                          Defendant.

Case No. 2:15-cv-01219-APG-PAL

ORDER

(Mot Reschedule SC – ECF No. 52)

Due to the scheduling needs of the court,

**IT IS ORDERED** that the Settlement Conference, currently scheduled for December 28, 2016, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **January 4, 2017, at 10:00 a.m., before <u>The Honorable Cam Ferenbach</u>, Room 3005**.

Confidential settlement statements are due to Judge Ferenbach's Chambers, Room 3005, **no later than 4:00 p.m., December 28, 2016.**

All other instructions within the original Order Scheduling Settlement Conference (ECF No. 51) shall remain in effect.

**IT IS FURTHER ORDERED** that Defendant's Motion to Reschedule Settlement Conference (ECF No. 52) is **MOOT**.

DATED this 10th day of November, 2016.

 

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE