SAO
Paul D. Powell, Esq.
Nevada Bar No. 7488
The Powell Law Firm
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501

Attorneys for RODERICK WISE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RODERICK WISE, individually,

    Plaintiffs,

vs.

SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,

    Defendants.

CASE NO. 2:15-cv-01219-APG-PAL

**STIPULATION AND ORDER TO CONTINUE TRIAL**

Plaintiff RODERICK WISE by and through his attorneys, PAUL D. POWELL, ESQ., of THE POWELL LAW FIRM and JOSEPH GUTIERREZ, ESQ., of MAIER GUTIERREZ AND AYON, and Defendant SOUTHERN TIER EXPRESS, INC., by and through its attorney WILLIAM MCGAHA, ESQ., of SCHUETZ & MCGAHA, P.C., hereby stipulate that the jury trial currently scheduled for January 23, 2017 shall be continued to a date to be determined.

Plaintiff requests the continuance based on substantive medical care — including more additional surgery — for Plaintiff. At present, Plaintiff's medical bills total nearly $1 Million. Plaintiff's treating surgeon believes there is a potential non-union at Plaintiff's surgical site that may require additional surgical intervention.

- 1 -

The parties currently have Motions in Limine due before the Court as well. From discussion between the parties, both sides are prepared to submit those motions. Counsel would submit to the Court that these motions be continued to a later date, but submit to the Court's desire in this matter.

Dated this ___ day of December, 2016.　　　Dated this ___ day of December, 2016.

THE POWELL LAW FIRM　　　　　　　　　　　SCHUETZ & MCGAHA, P.C.

Paul Powell, Esq.　　　　　　　　　　　　　　William McGaha, Esq.
Nevada Bar No. 7488　　　　　　　　　　　　Nevada Bar No. 3234
6785 W. Russell Road, Suite 210　　　　　　　601 N. Rancho Drive, Suite C-20
Las Vegas, NV 89118　　　　　　　　　　　　Las Vegas, NV 89106
Attorney for Plaintiff　　　　　　　　　　　　　Attorneys for Defendant

///

///

///

**ORDER**

IT IS ORDERED that the trial presently scheduled for January 23, 2017 shall be continued to the March 13th day of 2017, at the hour of 9:00 a .m. in Courtroom 6C. Calendar Call is set for March 7, 2017 at 8:45 a.m.

DATED: December 23, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

THE POWELL LAW FIRM

Paul Powell, Esq.
Nevada Bar No. 7488
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118
Attorney for Plaintiff