# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODERICK WISE, an individual, | Case No. 2:15-cv-01219-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION IN LIMINE NO. 2 (PRIOR EMPLOYMENT)** |
| SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | (ECF No. 80) |
| Defendants. | |

The plaintiff has moved to exclude evidence of his prior employment. ECF No. 80. The defendant responds that it is entitled to admit evidence about the plaintiff's employment as a truck driver and laborer over the past ten years, but it does not intend to discuss any employment before then unless the plaintiff opens that door during the trial. ECF No. 98.

Evidence about the plaintiff's employment history in the past ten years could be relevant, depending on what develops at trial. Therefore, the motion in limine to exclude such evidence **(ECF No. 80) is DENIED.**

DATED this 10th day of July, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE