# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODERICK WISE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01219-APG-PAL<br><br>**ORDER DENYING MOTION IN LIMINE NO. 9 (FAILURE TO FILE TAX RETURNS)**<br><br>(ECF No. 85) |

      Plaintiff Roderick Wise moves to exclude evidence that he did not file tax returns in the five years pre-dating the accident. ECF No. 85. Defendant Southern Tier argues this evidence is relevant to its ability to cross-examine Wise's expert about Wise's wage loss damages. ECF No. 103. I agree with Southern Tier. In addition, this evidence may be admissible impeachment evidence under Federal Rule of Evidence 608 as evidence of an untruthful character. *United States v. Wilson*, 985 F.2d 348, 351-52 (7th Cir. 1993) (failure to file income tax returns is an act of dishonesty within the scope of cross-examination under Rule 608(b)). *See also*, *United States v. Tanaka*, 204 Fed. Appx. 705, 706 (9th Cir. 2006) (conviction for failure to file a tax return "is a crime involving dishonesty or false statement, and crimes involving dishonesty are automatically admissible for impeachment purposes under Federal Rule of Evidence 609(a)(2)").

      Therefore, Wise's motion in limine **(ECF No. 85) is DENIED.**

      DATED this 10th day of July, 2017.

                                                                             ANDREW P. GORDON<br>
                                                                            UNITED STATES DISTRICT JUDGE