# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODERICK WISE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01219-APG-PAL<br><br>**ORDER GRANTING MOTION IN LIMINE NO. 11 (BIOMECHANICS)**<br><br>(ECF No. 86) |

Plaintiff Roderick Wise moves to exclude any reference to biomechanics. ECF No. 86. Southern Tier agrees, and points out that Wise should likewise be precluded from offering any such references because his experts have no expertise in this area. ECF No. 105. This indicates that the parties' lawyers did not conduct a proper "meet-and-confer" before filing this motion, as I ordered them to. ECF No. 76. Had they truly conferred about this issue, they would have realized there is no real dispute and they could have submitted a stipulation on this issue. Instead, they wasted my limited resources by having to review a non-issue, despite my prior admonition. *Id.*

Nevertheless, Wise's motion in limine **(ECF No. 86) is GRANTED.**

DATED this 10th day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE