# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODERICK WISE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01219-APG-PAL<br><br>**ORDER DENYING MOTION IN LIMINE NO. 10 (DUPLICITOUS EXPERTS)**<br><br>(ECF No. 89) |

Plaintiff Roderick Wise moves to prohibit defendant Southern Tier from offering testimony from both Dr. Selznick and Dr. Forage, alleging that their areas of testimony are overlapping and redundant. ECF No. 89. Southern Tier points out that the two doctors have different disciplines (orthopedic surgery and neurosurgery), and that Dr. Forage was added only after Wise brought Dr. Gross into the case. ECF No. 104. At this stage I cannot determine whether the testimony of the doctors will be duplicative. Thus, I will deny the motion without prejudice. However, all parties are warned that duplicative testimony will not be allowed at trial. The parties are to streamline their trial presentations to avoid redundancy, especially regarding expert testimony.

Therefore, Wise's motion in limine **(ECF No. 89) is DENIED WITHOUT PREJUDICE.**

DATED this 10th day of July, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE