UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Roderick Wise,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Southern Tier Express, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:15-cv-1219-APG-PAL<br><br>**ORDER REFERRING THIS CASE TO MAGISTRATE JUDGE FOLEY FOR TRIAL** |

During the November 28, 2017 telephonic status check, the parties agreed that they would consent to a jury trial before a Magistrate Judge if the trial could be scheduled in January, 2018. Magistrate Judge George W. Foley is available to conduct a trial, with a firm setting, beginning on January 22, 2018. I have informed him that the parties are finalizing a stipulation to the admission of most of the medical-related exhibits (and possibly other exhibits as well), that the plaintiff anticipates calling 10-12 witnesses, that the defendant anticipates calling 4-5 additional witnesses, and that the trial will be completed in 5-6 days.

Judge Foley is willing to preside over the trial so long as the parties sign and submit the appropriate Consent to a Magistrate Judge form. *See* ECF No. 3. Once the fully-executed Consent form is submitted, Judge Foley will schedule a status check with the parties to discuss trial details. In the meantime, counsel for the respective parties will participate in the telephonic status check with me on **December 5, 2017 at 10:30 a.m.**

Dated: November 28, 2017.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE