# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Roderick Wise,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Southern Tier Express,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-1219-APG-PAL<br><br>**REFERENCE ORDER** |

The parties have consented to conducting the trial of this matter before Magistrate Judge George W. Foley. Therefore, this case is referred to Magistrate Judge Foley to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

Dated: December 4, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE