JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:     jag@mgalaw.com
            jrm@mgalaw.com

PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
**THE POWELL LAW FIRM**
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
Telephone: 702.728.5500
Facsimile:  702.728.5501
E-mail:     paul@tplf.com

*Attorneys for Plaintiff Roderick Wise*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK WISE, an individual, | Case No.: 2:15-cv-01219-GWF |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEFENSE EXPERTS** |
| vs. | |
| SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff Roderick Wise ("Plaintiff"), by and through his attorneys of record, the law firms MAIER GUTIERREZ & ASSOCIATES and THE POWELL LAW FIRM, and defendant Southern Tier Express ("Defendant"), by and through its attorneys of record, the law firms SCHUETZE & MCGAHA, P.C. and

/ / /

/ / /

/ / /

1

MONTGOMERY RENNIE & JOHNSON, hereby stipulate and agree as follows:

- Defendant will not call any of its previously disclosed experts (Dr. Hugh Selznick, Dr. Mark Winkler or Dr. James Forage) at trial;
- Plaintiff will withdraw the subpoenas of Defendant's experts;
- Defendant will withdraw the pending motion for order compelling Plaintiff to compensate experts (Dkt. # 149) as moot; and
- The calendar call hearing scheduled for January 11, 2018, is no longer needed and may be vacated by the Court.

DATED this 9th day of January, 2018.   DATED this 9th day of January, 2018.

**MAIER GUTIERREZ & ASSOCIATES**   **SCHUETZE & MCGAHA, P.C.**

 */s/ Joseph A. Gutierrez*   */s/ William W. McGaha*
JOSEPH A. GUTIERREZ, ESQ.   WILLIAM W. MCGAHA, ESQ.
Nevada Bar No. 9046   Nevada Bar No. 3234
JASON R. MAIER, ESQ.   601 S. Rancho Drive, Suite C-20
Nevada Bar No. 8557   Las Vegas, Nevada 89106
8816 Spanish Ridge Avenue   *Attorneys for Defendant Southern Tier*
Las Vegas, Nevada 89148   *Express, Inc.*
*Attorneys for Plaintiff Roderick Wise*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of January, 2018.

**UNITED STATES MAGISTRATE JUDGE**

2