____FILED   ____RECEIVED
____ENTERED ____SERVED ON
          COUNSEL/PARTIES OF RECORD

JAN 2 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK WISE, | ) |
| Plaintiff(s), | ) |
| vs. | ) 2:15-cv-1219-GWF |
| SOUTHERN TIER EXPRESS INC., | ) |
| Defendant(s). | ) |

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

IT IS HEREBY ORDERED that all meals and lodging, if required, for said jury shall be paid by the Clerk of Court.

DATED this 29th day of January 2018.

_____
GEORGE FOLEY, JR.
U. S. MAGISTRATE JUDGE