1   **WILLIAM W. McGAHA, ESQ.**
    Nevada Bar #3234
2   **SCHUETZE & McGAHA, P.C.**
    601 S. Rancho Drive, Suite C-20
3   Las Vegas, Nevada  89106
    (702) 369-3225
4
    Attorneys for Defendant
5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8   RODERICK WISE, an individual,          **CASE NO: 2:15-cv-01219-APG-PAL**

9                       Plaintiff,

10  vs.

11  SOUTHERN TIER EXPRESS, INC., a
    New York corporation; DOES I through
12  X, and ROE CORPORATIONS I through
    X, inclusive,
13
14                      Defendants.

15

16          **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT**
    **TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION FOR A NEW TRIAL AND FOR**
17           **THE PLAINTIFF TO FILE A REPLY TO THE OPPOSITION**

18          1.      Pursuant to the United States District Court for the District of Nevada's Local

19  Rules 6-1 and 7-1, WILLIAM W. McGAHA, ESQ., counsel for Defendant SOUTHERN TIER

20  EXPRESS, INC., and JOSEPH GUTIERREZ, ESQ., counsel for Plaintiff RODERICK WISE,

21  hereby Stipulate that based upon the complexity of the issues of the pending motion,

22  Defendant shall have up to and including March 30, 2018 to file its Response to Plaintiff's

23  Motion for a New Trial.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                    Page 1 of  2

2.     The parties also further agree and stipulate to extend the time in which the Plaintiff has to file a Reply to the Opposition by an additional 15 days, which would be April 23nd, 2018.

DATED this 8th day of March, 2018.

**SCHUETZE & McGAHA, P.C.**

By /s/   William W. McGaha
   **WILLIAM W. McGAHA, ESQ.**
   Nevada Bar #3234
   601 S. Rancho Drive, Suite C-20
   Las Vegas, Nevada 89106
   Attorneys for Defendant

DATED this 8th day of March, 2018.

**MAIER GUTTIEREZ & ASSOCIATES**

By /s/ Joseph A. Gutierrez
   **JOSEPH A. GUTIERREZ, ESQ.**
   Nevada Bar #9046
   8816 Spanish Ridge Ave.
   Las Vegas, Nevada 89148
   Attorneys for Plaintiff

## ORDER

Based upon the Stipulation of counsel and good cause appearing, IT IS HEREBY ORDERED that the Defendant may have up to and including March 30, 2018 to file a Response to Plaintiff's Motion for a New Trial and that Plaintiff shall have additional time to file a Reply to said Response up to and including April 23, 2018.

IT IS SO ORDERED this ___9th___ day of _____March_____, 2018.


_____
UNITED STATES MAGISTRATE JUDGE