1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  JASON R. MAIER, ESQ.
   Nevada Bar No. 8557
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile: 702.629.7925
   E-mail: jag@mgalaw.com
6          jrm@mgalaw.com

7  PAUL D. POWELL, ESQ.
   Nevada Bar No. 7488
8  **THE POWELL LAW FIRM**
   6785 W. Russell Road, Suite 210
9  Las Vegas, Nevada 89118
   Telephone: 702.728.5500
10 Facsimile: 702.728.5501
   E-mail: paul@tplf.com

*Attorneys for Plaintiff Roderick Wise*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK WISE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN TIER EXPRESS, INC., a New York corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01219-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR NEW TRIAL** |

Plaintiff Roderick Wise ("Plaintiff"), by and through his attorneys of record, the law firms MAIER GUTIERREZ & ASSOCIATES and THE POWELL LAW FIRM, and defendant Southern Tier Express ("Defendant"), by and through its attorneys of record, the law firm SCHUETZE & MCGAHA, P.C., hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the hearing on Plaintiff's Motion for New Trial (the "Motion") currently scheduled for May 4, 2018, at 10:30 a.m., be continued to **June 5, 2018,**

1

**at 10:30 a.m.**, due to a schedule conflict for Plaintiff's counsel.

DATED this 2nd day of May, 2018.                    DATED this 2nd day of May, 2018.

**MAIER GUTIERREZ & ASSOCIATES**                    **SCHUETZE & MCGAHA, P.C.**

 */s/ Joseph A. Gutierrez*                            */s/ Gregory A. Kendall*
JOSEPH A. GUTIERREZ, ESQ.                           WILLIAM W. MCGAHA, ESQ.
Nevada Bar No. 9046                                 Nevada Bar No. 3234
JASON R. MAIER, ESQ.                                601 S. Rancho Drive, Suite C-20
Nevada Bar No. 8557                                 Las Vegas, Nevada 89106
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148                             DOUGLAS W. RENNIE, ESQ.
                                                    *Admitted Pro Hac Vice*
PAUL D. POWELL, ESQ.                                Ohio Bar No. 1148
Nevada Bar No. 7488                                 GREGORY A. KENDALL, ESQ.
THE POWELL LAW FIRM                                 *Admitted Pro Hac Vice*
6785 W. Russell Road, Suite 210                     MONTGOMERY RENNIE & JONSON
Las Vegas, Nevada 89118                             36 E. Seventh Street, Suite 2100
*Attorneys for Plaintiff Roderick Wise*             Cincinnati, Ohio 45202
                                                    *Attorneys for Defendant Southern Tier Express, Inc.*

## **ORDER**

IT IS SO ORDERED.

DATED this  2nd  day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2